IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-2066 (RGA) |
| | ) |
| DISH NETWORK L.L.C., | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF JAMIE R. LYNN IN SUPPORT OF DISH NETWORK L.L.C.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285**

I, Jamie R. Lynn, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and admitted to practice pro hac vice before the United States District Court for the District of Delaware. I am an attorney with Baker Botts L.L.P. and counsel of record for DISH Network L.L.C. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify to the following under oath.

2. Attached as Exhibit 1 is a true and correct copy of letter from Susan Bigler to Richard D. Kirk and Robert W. Freitas, dated June 23, 2014.

3. Attached as Exhibit 2 is a true and correct copy of Dragon's Initial Infringement Contentions, dated August 29, 2014.

4. Attached as Exhibit 3 is a true and correct copy of Dish Network's DISH Player-DVR Satellite System User's Guide, copyrighted in 2012.

5. Attached as Exhibit 4 is a true and correct copy of Dish Network's Hopper with Sling Whole-Home DVR User Guide, copyrighted in 2013.

6. Attached as Exhibit 5 is a true and correct copy of a letter from Hopkins Guy to Jason Angell and Stephen Brauerman, dated October 24, 2014.

7. Attached as Exhibit 6 is a true and correct copy of a letter from Jason Angell to Hopkins Guy, dated November 11, 2014.

8. Attached as Exhibit 7 is a true and correct copy of Dragon's Further Initial Infringement Contentions, dated November 7, 2014.

9. Attached as Exhibit 8 is a true and correct copy of a letter from Jamie Lynn to Jason Angell and Steve Brauerman, dated November 13, 2014.

10. Attached as Exhibit 9 is a true and correct copy of the Record of Oral Hearing on February 9, 2016, *Dish Network v Dragon Intellectual Property*, Case IPR2015-0499, Paper No. 33, dated March 8, 2016.

11. Attached as Exhibit 10 is a true and correct copy of the Final Written Decision, *Dish Network v Dragon Intellectual Property*, Case IPR2015-0499, Paper No. 34, dated June 15, 2016.

12. Attached as Exhibit 11 is a true and correct copy of Dish's First Set of Limited Requests for Production, dated July 14, 2016.

13. Attached as Exhibit 12 is a true and correct copy of Dish's First Set of Limited Interrogatories to Dragon, dated July 14, 2016.

14. Attached as Exhibit 13 is a true and correct copy of Dragon's Objections and Responses to Dish's First Set of Limited Interrogatories, dated August 17, 2016.

15. Attached as Exhibit 14 is a true and correct copy of Dragon's Objections and Responses to Dish's First Set of Limited Requests for Production, dated August 17, 2016.

16. Attached as Exhibit 15 is a true and correct copy of Dragon's Response to Defendants' First Set of Common Interrogatories, dated June 12, 2014.

17. Attached as Exhibit 16 is a true and correct copy of Transcript of the Hearing on the Motion to Stay, dated April 10, 2015.

18. Attached as Exhibit 17 is a true and correct copy of "When Dreams Come True? Using Section 285 to Impose Fees Against a Losing Patentee's Lawyers", Landslide Magazine, dated January 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, District of Columbia this 24th day of August, 2016.

*/s/ Jamie R. Lynn*
Jamie R. Lynn

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 24, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Timothy Devlin, Esquire<br>DEVLIN LAW FIRM LLC<br>1306 North Broom Street, First Floor<br>Wilmington, DE  19806<br>Attorneys for Plaintiff | *VIA E-FILING AND*<br>*ELECTRONIC MAIL* |
| FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, #200<br>Redwood City, CA  94065 | *BY HAND VIA PROCESS*<br>*SERVER* |
| Robert Freitas, Esquire<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, #200<br>Redwood City, CA  94065 | *BY HAND VIA PROCESS*<br>*SERVER* |
| Jason Angell, Esquire<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, #200<br>Redwood City, CA  94065 | *BY HAND VIA PROCESS*<br>*SERVER* |

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)