NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DRAGON INTELLECTUAL PROPERTY, LLC,**
*Plaintiff-Appellee*

**v.**

**DISH NETWORK LLC,**
*Defendant-Appellant*

**v.**

**ROBERT E. FREITAS, FREITAS & WEINBERG LLP, JASON S. ANGELL,**
*Respondents-Appellees*

———————————

2019-1283

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-02066-RGA, Judge Richard G. Andrews.
--------------------------------------------------------------------------------

**DRAGON INTELLECTUAL PROPERTY, LLC,**
*Plaintiff-Appellee*

**v.**

**SIRIUS XM RADIO INC.,**
*Defendant-Appellant*

**v.**

## JASON S. ANGELL, ROBERT E. FREITAS, FREITAS & WEINBERG LLP,
*Respondents-Appellees*

———————————

2019-1284

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-02067-RGA, Judge Richard G. Andrews.

———————————

## ON MOTION

———————————

Before MOORE, *Circuit Judge*.

## O R D E R

The court construes Jason S. Angell et al.'s submission docketed as ECF No. 72 in Appeal No. 2019-1283 as a motion to compel enforcement of Federal Circuit Rule 33.

Rule 33 requires that after represented parties have discussed settlement without an agreement to dismiss, they must file "a joint statement of compliance with this rule indicating that settlement discussions have been conducted." Fed. Cir. R. 33(a)(2)(A).

Appellants filed their own statement of compliance, noting that the parties "have exchanged settlement positions via email" and stating that "Appellants believe they have satisfied any requirement to conduct 'settlement discussions' concerning this matter."

Angell et al.'s submission states that they "do not join the statement" and requests that the court "order Appellants to comply with [the rule] in a manner that allows them to certify compliance without equivocation."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.  These appeals are ready to be assigned to a merits panel.

FOR THE COURT

June 14, 2019                     /s/ Peter R. Marksteiner
      Date                        Peter R. Marksteiner
                                  Clerk of Court

s32