IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-2066 (RGA) |
| | ) | |
| DISH NETWORK L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-2067 (RGA) |
| | ) | |
| SIRIUS XM RADIO INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JAMIE R. LYNN IN SUPPORT OF
DISH NETWORK L.L.C.'S AND SIRIUS XM RADIO INC.'S
REVISED JOINT OPENING BRIEF IN SUPPORT OF THEIR MOTIONS TO
DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285**

I, Jamie R. Lynn, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and admitted to practice pro hac vice before the United States District Court for the District of Delaware. I am an attorney with Baker Botts L.L.P. and counsel of record for DISH Network L.L.C. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify to the following under oath.

2. Attached as DISH Exhibit 1 is a true and correct copy of a letter from Susan Bigler to Richard D. Kirk and Robert W. Freitas, dated June 23, 2014.

3. Attached as DISH Exhibit 2 is a true and correct copy of Dragon's Initial Infringement Contentions to DISH, dated August 29, 2014.

4. Attached as DISH Exhibit 3 is a true and correct copy of DISH Network's DISH Player-DVR Satellite System User's Guide, copyrighted in 2012.

5. Attached as DISH Exhibit 4 is a true and correct copy of DISH Network's Hopper with Sling Whole-Home DVR User Guide, copyrighted in 2013.

6. Attached as DISH Exhibit 5 is a true and correct copy of a letter from Hopkins Guy to Jason Angell and Stephen Brauerman, dated October 24, 2014.

7. Attached as DISH Exhibit 6 is a true and correct copy of a letter from Jason Angell to Hopkins Guy, dated November 11, 2014.

8. Attached as DISH Exhibit 7 is a true and correct copy of Dragon's Further Initial Infringement Contentions, dated November 7, 2014.

9. Attached as DISH Exhibit 8 is a true and correct copy of a letter from Jamie Lynn to Jason Angell and Steve Brauerman, dated November 13, 2014.

10. Attached as DISH Exhibit 9 is a true and correct copy of the Record of Oral Hearing on February 9, 2016, *DISH Network v Dragon Intellectual Property*, Case IPR2015-0499, Paper No. 33, dated March 8, 2016.

11. Attached as DISH Exhibit 10 is a true and correct copy of the Final Written Decision, *DISH Network v Dragon Intellectual Property*, Case IPR2015-0499, Paper No. 34, dated June 15, 2016.

12. Attached as DISH Exhibit 11 is a true and correct copy of DISH's First Set of Limited Requests for Production, dated July 14, 2016.

13. Attached as DISH Exhibit 12 is a true and correct copy of DISH's First Set of Limited Interrogatories to Dragon, dated July 14, 2016.

14. Attached as DISH Exhibit 13 is a true and correct copy of Dragon's Objections and Responses to DISH's First Set of Limited Interrogatories, dated August 17, 2016.

15. Attached as DISH Exhibit 14 is a true and correct copy of Dragon's Objections and Responses to DISH's First Set of Limited Requests for Production, dated August 17, 2016.

16. Attached as DISH Exhibit 15 is a true and correct copy of Dragon's Response to Defendants' First Set of Common Interrogatories, dated June 12, 2014.

17. Attached as DISH Exhibit 16 is a true and correct copy of Transcript of the Hearing on the Motion to Stay, dated April 10, 2015.

18. Attached as DISH Exhibit 17 is a true and correct copy of "When Dreams Come True? Using Section 285 to Impose Fees Against a Losing Patentee's Lawyers", Landslide Magazine, dated January 2015.

19. Attached as DISH Exhibit 18 is a true and correct copy of a page from the Delaware Secretary of State's Office, Division of Corporations for Dragon Intellectual Property, LLC that was last accessed on May 6, 2021.

20. Attached as DISH Exhibit 19 is a true and correct copy of the August 7, 2020 Order Granting Motion to Revoke Probation and Order of Inactive Enrollment regarding Kai Zhu from the Office of Probation of the State Bar of California.

21. Attached as DISH Exhibit 20 is a true and correct copy of the October 22, 2020 *En Banc* Order of the Supreme Court of California regarding Kai Zhu.

22. Attached as DISH Exhibit 21 is a true and correct copy of email correspondence exchanged by Robert Freitas, Jason Angell, Hopkins Guy, and Jamie Lynn between September 6, 2016 and September 9, 2016.

23. Attached as DISH Exhibit 22 is a true and correct copy of email correspondence exchanged by Robert Freitas and Jamie Lynn between April 15, 2019 and April 24, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in the Commonwealth of Virginia this 10th day of May 2021.

*/s/ Jamie R. Lynn*
Jamie R. Lynn

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 10, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Timothy Devlin, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| J. James Li, Ph.D.<br>LILAW INC.<br>5050 El Camino Real, Suite 200<br>Los Altos, CA  94022<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, #200<br>Redwood City, CA  94065 | *VIA ELECTRONIC MAIL AND FEDEX* |
| Robert Freitas, Esquire<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, #200<br>Redwood City, CA  94065 | *VIA ELECTRONIC MAIL AND FEDEX* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)