IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Dragon Intellectual Property, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>DISH Network L.L.C.,<br><br>    Defendant. | C.A. No. 13-2066-RGA |

**DECLARATION OF JAMIE R. LYNN
IN SUPPORT OF DISH'S REDACTED FILING OF DISH'S FEE SUBMISSION**

I, Jamie R. Lynn, declare as follows:

  1. I am a partner in the law firm of Baker Botts L.L.P. ("Baker Botts"), counsel for Defendant DISH Network L.L.C. ("DISH"). I submit this declaration in support of DISH's Redacted Filing of DISH's December 1, 2021 Fee Submission (D.I. 230). Unless otherwise stated, I have personal knowledge of the facts set forth below, and if called as a witness, could and would competently testify thereto.

  2. Exhibits A-1, A-2, and B-1 to my December 1, 2021 declaration (D.I. 232) contains detailed time entries on each monthly bill submitted to DISH by each Baker Botts or Morris Nichols timekeeper over a seven-year period. The descriptive narrative in the detailed time entries in Exhibits A-1, A-2, and B-1 is non-public information that contains and reflects confidential, proprietary, and commercially sensitive information to DISH and its counsel, Baker Botts and Morris Nichols, under the Protective Order (D.I. 27 ¶ 8). Therefore, Exhibits A-1, A-2, and B-1 have been redacted in their entirety.

  3. Exhibits A-3 and B-2 to my December 1, 2021 declaration (D.I. 232) contain detailed spreadsheets of the costs and expenses incurred by DISH in connection with this

case from Baker Botts and Morris Nichols. The descriptive narrative of the detailed costs and expenses in Exhibit A-3 is non-public information that contains and reflects confidential, proprietary, and commercially sensitive information to DISH and its counsel, Baker Botts, under the Protective Order (D.I. 27 ¶ 8). Therefore, Exhibits A-3 and B-2 have been redacted in their entirety.

4. Exhibit A-4 to my December 1, 2021 declaration (D.I. 232) contains rolled-up summaries of the information contained in Exhibits A-1 and A-2 and, for the same reasons stated above for Exhibits A-1 and A-2, is non-public information that contains and reflects confidential, proprietary, and commercially sensitive information to DISH and its counsel, Baker Botts, under the Protective Order (D.I. 27 ¶ 8). Therefore, Exhibit A-4 has been redacted in its entirety.

5. Exhibits M-1, M-2, M-3, M-4, and N to my December 1, 2021 declaration (D.I. 232) contain confidential third-party documents of AIPLA and PeerMonitor®, whose agreement with Baker Botts requires that Baker Botts file this information under seal. Therefore, Exhibits M-1, M-2, M-3, M-4, and N is non-public information that contains and reflects confidential, proprietary, and commercially sensitive information to third parties, under the Protective Order (D.I. 27 ¶¶ 2(a), 8). Therefore, Exhibits M-1, M-2, M-3, M-4, and N have been redacted in their entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this the 8th day of December, 2021 in Washington D.C.

*[signature]*

Jamie R. Lynn

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 8, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Timothy Devlin, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| J. James Li, Ph.D.<br>LILAW INC.<br>5050 El Camino Real, Suite 200<br>Los Altos, CA  94022<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, #200<br>Redwood City, CA  94065 | *VIA ELECTRONIC MAIL AND FEDEX* |
| Robert Freitas, Esquire<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, #200<br>Redwood City, CA  94065 | *VIA ELECTRONIC MAIL AND FEDEX* |

/s/ *Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)