IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 13-2066 (RGA) <br> ) |
| DISH NETWORK L.L.C. | ) <br> ) |
| Defendant. | ) <br> ) |

## ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

As set forth in the November 8, 2021 Order (D.I. 227) adopting the August 16, 2021 Report and Recommendation of Magistrate Judge Jennifer L. Hall (D.I. 218), the Court ORDERED Plaintiff Dragon Intellectual Property, LLC ("Plaintiff") to pay the reasonable attorneys' fees incurred by Defendant DISH Network L.L.C. ("DISH") in litigating this case in this Court between December 20, 2013, and October 31, 2021. DISH was to provide Plaintiff all reasonable and necessary documentation to support the amount of fees incurred between December 30, 2013 and October 31, 2021.

On December 1, 2021, DISH filed its Submission for Attorneys' Fees and Costs (D.I. 230), and DISH provided Plaintiff the documentation supporting attorneys' fees in the amount of $1,352,898.45 and expenses of $30,500.77, and an additional $72,874.30 in fees incurred in November 2021 in preparing the Submission, for a total award of attorneys' fees and costs in the amount of $1,456,273.49.

On December 22, 2021, Plaintiff responded to DISH's Submission stating that it "makes no argument regarding the specific calculation of fees as set forth in Defendant's

Submission" and reserves all rights to appeal any orders and findings of the Court in this action, including the award of any fees or costs (D.I. 241).

Pursuant to the Court's February 2, 2022 Oral Order (D.I. 242), DISH submits this [Proposed] Order, which has been approved by Plaintiff as being consistent with the Court's February 2, 2022 Oral Order.

IT IS THEREFORE ORDERED that Plaintiff shall submit payment to DISH of $1,456,273.49.

Date:  3/7/2022

/s/ Richard G. Andrews
Honorable Richard G. Andrews
United States District Judge