IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-2066 (RGA) ) |
| DISH NETWORK L.L.C., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *DISH's First Set of Limited Requests for Admission*; (2) *DISH's Second Set of Limited Requests for Production*; and (3) *DISH's Second Set of Limited Requests for Interrogatories*, were caused to be served on May 10, 2022, upon the following in the manner indicated:

Timothy Devlin, Esquire                                                                 *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
*Attorneys for Plaintiff*

J. James Li, Ph.D.                                                                              *VIA ELECTRONIC MAIL*
LILAW INC.
5050 El Camino Real, Suite 200
Los Altos, CA 94022
*Attorneys for Plaintiff*

OF COUNSEL:

G. Hopkins Guy III
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
(650) 739-7500

Ali Dhanani
Bradley Bowling
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234

Jamie R. Lynn
Lauren J. Dreyer
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
(202) 639-7700

May 10, 2022
7996467.1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant DISH Network L.L.C.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 10, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Timothy Devlin, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| J. James Li, Ph.D.<br>LILAW INC.<br>5050 El Camino Real, Suite 200<br>Los Altos, CA 94022<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)