IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-2066 (RGA) |
| | ) | |
| DISH NETWORK L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS

Pursuant to the Court's request, Defendant DISH Network L.L.C. ("DISH") seeks to compel Dragon Intellectual Property, LLC ("Dragon") to produce the document(s) in its possession that embody Dragon's fee arrangement with Freitas & Weinberg LLP, formerly known as Freitas Tseng & Kaufman LLP ("Freitas"). In support, DISH submits a letter brief in support of its Motion to Compel Plaintiff to Produce Documents and the Declaration of Lauren Dreyer, which are both filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Lucinda C. Cucuzzella*

OF COUNSEL:

G. Hopkins Guy III
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
(650) 739-7500

Ali Dhanani
Bradley Bowling
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant DISH Network L.L.C.*

Jamie R. Lynn
Lauren J. Dreyer
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
(202) 639-7700

November 18, 2022

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing issue has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

/s/ *Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-2066 (RGA) |
| DISH NETWORK L.L.C., | ) ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER GRANTING DISH NETWORK L.L.C.'S REQUEST TO COMPEL PRODUCTION OF DOCUMENTS**

Pending is a motion by DISH Network L.L.C. ("DISH") that seeks to compel Dragon Intellectual Property, LLC ("Dragon") to produce the document(s) in its possession that embody Dragon's fee arrangement with Freitas & Weinberg LLP, formerly known as Freitas Tseng & Kaufman LLP ("Freitas").

After consideration of the motion and related briefing, the Court hereby GRANTS DISH's request.

IT IS THEREFORE ORDERED THAT Dragon produce the document(s) in its possession that embody Dragon's fee arrangement with Freitas within five days of this Order.

SO ORDERED.

Signed on _____, 2022, at Wilmington, Delaware.

_____
The Honorable Richard G. Andrews
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 18, 2022, upon the following in the manner indicated:

J. James Li, Ph.D.  *VIA ELECTRONIC MAIL*
LiLaw Inc.
5050 El Camino Real, Suite 200
Los Altos, CA  94022
*Attorneys for Plaintiff*

*/s/ Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)