IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 13-2066 (RGA) |
| v. | ) ) |
| DISH NETWORK L.L.C., | ) ) |
| Defendant. | ) |

**DECLARATION OF LAUREN DREYER IN SUPPORT OF
DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I, Lauren Dreyer, declare:

1. I am a Partner in the law firm of Baker Botts L.L.P.

2. I represent Defendant-Appellant, DISH Network L.L.C. ("DISH"). I make this declaration in support of DISH's Motion to Compel Production of Documents.

3. This declaration is based on my personal knowledge and information I have reviewed. I have supervised the collection of the documents submitted herewith.

4. Attached hereto as Exhibit A is a true and correct copy of Dragon Intellectual Property LLC's ("Dragon") Response to DISH's First Set of Requests for Admission dated August 3, 2022.

5. Attached hereto as Exhibit B is a true and correct copy of Dragon's Response to DISH's Second Set of Limited Requests for Interrogatories, dated August 3, 2022.

6. Attached hereto as Exhibit C is a copy of Excerpts of the November 8, 2022 Deposition of Kai Zhu. Other than the highlights that have been added for the Court's convenience, the copy of the Excerpts is true and correct.

7. Attached hereto as Exhibit D is a true and correct copy of DISH's Second Set of Limited Requests for Production, dated May 10, 2022.

8. Attached hereto as Exhibit E is a true and correct copy of DISH's First Set of Limited Requests for Admission, dated May 10, 2022.

9. Attached hereto as Exhibit F is a true and correct copy of DISH's Second Set of Limited Requests for Interrogatories, dated May 10, 2022.

10. Attached hereto as Exhibit G is a true and correct copy of Dragon's Response to DISH's Second Set of Limited Requests for Requests for Production, dated August 3, 2022

11. Attached hereto as Exhibit H is a true and correct copy of the August 4, 2022 Correspondence of Lauren Dreyer to Timothy Devlin regarding deficiencies in Dragon's Responses to DISH Network L.L.C.'s First Set of Requests for Admission, Second Set of Interrogatories, and Second Set of Requests for Production, served on August 3, 2022.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 17, 2022

Respectfully submitted,

*/s/Lauren J. Dreyer*
Lauren J. Dreyer
Baker Botts L.L.P.
700 K Street, NW
Washington, D.C. 20001-5692
Telephone: (202) 639-7823
Facsimile: (202) 639-1153
lauren.dreyer@bakerbotts.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 18, 2022, upon the following in the manner indicated:

| | |
|---|---|
| J. James Li, Ph.D.<br>LiLaw Inc.<br>5050 El Camino Real, Suite 200<br>Los Altos, CA  94022<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)