IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-2066 (RGA) |
| | ) |
| DISH NETWORK L.L.C., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING DISH NETWORK L.L.C.'S
REQUEST TO COMPEL PRODUCTION OF DOCUMENTS**

Pending is a motion by DISH Network L.L.C. ("DISH") that seeks to compel Dragon Intellectual Property, LLC ("Dragon") to produce the document(s) in its possession that embody Dragon's fee arrangement with Freitas & Weinberg LLP, formerly known as Freitas Tseng & Kaufman LLP ("Freitas").

After consideration of the motion and related briefing, *and no opposition having been filed,* the Court hereby GRANTS DISH's request.

IT IS THEREFORE ORDERED THAT Dragon produce the document(s) in its possession that embody Dragon's fee arrangement with Freitas within five days of this Order.

SO ORDERED.

Signed on _December 6_, 2022, at Wilmington, Delaware.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge